EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Daniel Santiago Rojas | 2015 TSPR 30<br><br>192 DPR ____ |

Número del Caso: TS-12,466

Fecha: 27 de marzo de 2015

Comisión de Reputación:

Lcdo. Guillermo Arbona Lago, Presidente
Lcda. Waleska Delgado Marrero
Lcda. Belén Guerrero Calderón
Dr. Robert Stolberg
Lcdo. Héctor Saldaña Egozcue
Lcda. Ygrí Rivera de Martínez

**Procurador Especial**
Lcdo. Alcides Oquendo Solís

Abogados del Peticionario:

Lcdo. Virgilio Mainardi Peralta
Lcdo. José A. Rivera Rodríguez

Oficina de la Procuradora General:

Lcda. Minnie H. Rodríguez López
Procuradora General Auxiliar

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:


Daniel Santiago Rojas

TS-12,466


RESOLUCIÓN


En San Juan, Puerto Rico, a 27 de marzo de 2015.

Vista el Informe sobre la Petición de Reinstalación presentado por la Oficina de la Procuradora General Moción en Cumplimiento de Orden y el Informe de la Comisión de Reputación al ejercicio de la abogacía se ordena la reinstalación del licenciado Daniel Santiago Rojas al ejercicio de la Abogacía. Se ordena el archivo de la Queja AB-2014-81.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez proveería no ha lugar.



Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo